1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  MARY A. RICHARDSON,           )    NO. EDCV 07-1608-MAN
                                  )
12                 Plaintiff,     )
                                  )    JUDGMENT
13           v.                   )
                                  )
14  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
15                                )
                   Defendant.     )
16  _____)

17

18       Pursuant to the Court's Memorandum Opinion and Order,

19

20       IT IS ADJUDGED that the decision of the Commissioner of the Social

21  Security Administration is reversed, and the cause is remanded for

22  further proceedings consistent with the provisions of the Memorandum

23  Opinion and Order.

24

25  DATED: July 24, 2009

26                                        /s/
                                  _____
                                      MARGARET A. NAGLE
27                                UNITED STATES MAGISTRATE JUDGE

28